No. 04–7266. JONES-EL ET AL. *v.* BERGE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–7267. ELLIS *v.* GUY ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 04–7273. HERNANDEZ *v.* KEANE ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–7274. GORDON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–7278. HORTON *v.* ALLEN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CEDAR JUNCTION, ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–7285. DE LA GARZA *v.* STRINGFELLOW ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–7295. BRAXTON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–7301. WORLEY *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. C. A. 4th Cir. Certiorari denied.

No. 04–7313. HOLMES *v.* DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7337. FARMER *v.* POLICE DEPARTMENT OF CARRBORO, NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 04–7353. PRIESTER *v.* DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7380. GLANDA *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 04–7407. BARKER *v.* TEXAS DEPARTMENT OF PROTECTIVE & REGULATORY SERVICES. Ct. App. Tex., 12th Dist. Certiorari denied.